UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------X
                                                  :
In re:                                            :     Chapter 11
                                                  :
BAYOU GROUP, LLC, et al.,                         :     Case No. 06-22306 (ASH)
                                                  :
              Debtors.                            :     (Jointly Administered)
                                                  :
------------------------------------------------------------------------X
                                                  :
BAYOU NO LEVERAGE FUND, LLC,                      :
                                                  :
              Plaintiff,                          :     Adv. Proc. No. 06-08320(ASH)
    vs.                                           :
                                                  :
CHRISTIAN BROTHERS HIGH SCHOOL                    :
ENDOWMENT,                                        :
              Defendant.                          :
                                                  :
------------------------------------------------------------------------X
```

## NOTICE OF APPEAL TO DISTRICT COURT

The Christian Brothers High School Endowment, the defendant in the above-captioned adversary proceeding, appeals under 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8001 to the United States District Court for the Southern District of New York from the Order Directing Entry of Final Judgment of the bankruptcy court entered in the above-captioned adversary proceeding on January 29, 2009 (a copy of which is annexed hereto as Exhibit A).[1]

---

[1] The Order Directing Entry of Final Judgment arises out of and incorporates Decisions on Cross-Motions for Summary Judgment dated October 16, 2008 (the "Decisions," a copy of which is annexed hereto as Exhibit B) also made jointly in the related adversary proceedings listed in the schedule annexed hereto as Exhibit C.  As indicated thereon, a number of other defendants in those related adversary proceedings are believed to be appealing the summary judgment orders resulting from the Decisions.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | | | |
|---|---|---|---|
| *Plaintiff:* | Bayou No Leverage Fund, LLC | *Defendant:* | Christian Brothers High School Endowment |
| *Attorney:* | Gary J. Mennitt, Esq.<br>Dechert, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>(212) 698-3500 | *Attorney:* | Mitchell J. Banas, Jr., Esq.<br>Jaeckle Fleischmann & Mugel, LLP<br>12 Fountain Plaza<br>Buffalo, NY 14202-2292<br>(716) 856-0432 |

Dated:   Buffalo, New York
         February 9, 2009

   /s/ Mitchell J. Banas, Jr.
Mitchell J. Banas, Jr., Esq.
JAECKLE FLEISCHMANN & MUGEL, LLP
12 Fountain Plaza
Buffalo, New York  14202-2292
Telephone:  (716) 856-0600
Facsimile:   (716) 856-0432
mbanas@jaeckle.com

*Attorneys for Defendant Christian Brothers High School Endowment*

TO:   Gary J. Mennitt, Esq.
      Dechert, LLP
      1095 Avenue of the Americas
      New York, NY 10036-6797

      *Attorneys for Plaintiff Bayou No Leverage Fund, LLC*

880199.4

2