# SCHEDULE[1]

| | |
|---|---|
| **\* Bayou Accredited Fund, LLC v. Redwood Growth Partners, L.P.** | **Adv. Proc. No. 06-08318 (ASH)** |
| Bayou Superfund, LLC v. D. Canale Beverages, Inc. | Adv. Proc. No. 06-08321 (ASH) |
| Bayou No Leverage Fund, LLC v. Fred Montesi Ira and Fred Montesi | Adv. Proc. No. 06-08329 (ASH) |
| **\* Bayou Superfund, LLC v. Helen Yulman Revocable Trust** | **Adv. Proc. No. 06-08332 (ASH)** |
| **\* Bayou Superfund, LLC v. Heritage Hedged Equity Fund LP** | **Adv. Proc. No. 06-08333 (ASH)** |
| **\* Bayou Superfund, LLC v. John D. Canale III** | **Adv. Proc. No. 06-08336 (ASH)** |
| **\* Bayou Superfund, LLC v. KFI Capital Partners LLC** | **Adv. Proc. No. 06-08337 (ASH)** |
| **\* Bayou Superfund, LLC v. Mary P. Smythe Residuary Trust** | **Adv. Proc. No. 06-08338 (ASH)** |
| Bayou Superfund, LLC v. Mary Jane Pidgeon Sledge | Adv. Proc. No. 06-08339 (ASH) |
| **\* Bayou No Leverage Fund, LLC v. Mayer and Morris Kaplan Foundation** | **Adv. Proc. No. 06-08340 (ASH)** |
| **\* Bayou Superfund, LLC v. YK Investment Partnership II** | **Adv. Proc. No. 06-08341 (ASH)** |
| **\* Bayou Superfund, LLC v. Marvin E. Bruce Living Trust** | **Adv. Proc. No. 06-08368 (ASH)** |
| **\* Bayou Accredited Fund, LLC v. Freestone Low Volatility Partners LP** | **Adv. Proc. No. 06-08373 (ASH)** |

---

[1] It is believed that the defendants in the related adversary proceedings marked by asterisks and boldface type will also be appealing the summary judgment orders in their cases arising out of the same October 16, 2008 Decisions on Summary Judgment Motions giving rise to the appeal herein.

| | |
|---|---|
| Bayou Superfund, LLC v. William Strang | Adv. Proc. No. 06-08387 (ASH) |
| **\* Bayou Superfund, LLC v. Randall M. Rothstein and Sheryl B. Rothstein** | **Adv. Proc. No. 06-08389 (ASH)** |
| Bayou Superfund, LLC v. Alan Osofsky, Adv. Proc. No. 06-08398 | Adv. Proc. No. 06-08398 (ASH) |
| Bayou Accredited Fund, LLC v. Madison Capital Advisors Ltd. | Adv. Proc. No. 06-08403 (ASH) |
| **\* Bayou Superfund, LLC v. Highgate Partners LLP** | **Adv. Proc. No. 06-08412 (ASH)** |
| Bayou No Leverage Fund, LLC v. DW Resources Defined Benefit Plan and Marc Daniels | Adv. Proc. No. 06-08415 (ASH) |
| Bayou Superfund, LLC v. Michael Mann | Adv. Proc. No. 06-08419 (ASH) |
| Bayou Superfund, LLC v. Myrna Bennett | Adv. Proc. No. 06-08420 (ASH) |
| **\* Bayou Superfund, LLC v. H & B Hedge Fund II LLC** | **Adv. Proc. No. 06-08422 (ASH)** |
| **\* Bayou No Leverage Fund, LLC v. Marc Fleisher IRA and Marc Fleisher** | **Adv. Proc. No. 06-08423 (ASH)** |
| No Leverage Fund, LLC v. Peter Haje IRA and Peter Haje | Adv. Proc. No. 06-08430 (ASH) |
| **\* Bayou Superfund, LLC v. Kevin Bass** | **Adv. Proc. No. 06-08431 (ASH)** |
| **\* Bayou Superfund, LLC Michael Davidson** | **Adv. Proc. No. 06-08435 (ASH)** |
| **\* Bayou Superfund, LLC v. Sterling Stamos Security Fund, L.P., Sterling Stamos Security Fund - Friends and Family, L.P., Sterling Stamos Growth Fund, L.P., and** | **Adv. Proc. No. 06-08493 (ASH)** |

| | |
|---|---|
| **Sterling Stamos Liquidity Fund, L.P.** | |
| Bayou Superfund, LLC v. DB Structured Products Inc. | Adv. Proc. No. 06-08494 (ASH) |
| Bayou Superfund, LLC v. High Sierra Investments | Adv. Proc. No. 06-08243 (ASH) |
| Bayou No Leverage Fund, LLC v. John Barr III IRA and John Barr III | Adv. Proc. No. 07-08244 (ASH) |
| **\* Bayou Superfund, LLC v. Neil D. Cohen** | **Adv. Proc. No. 06-08245 (ASH)** |
| **\* Bayou Accredited Fund, LLC v. Edward Sorkin and Virginia Sorkin** | **Adv. Proc. No. 06-08246 (ASH)** |

880652